# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE SMITH BARNEY DIVISION OF CITIGROUP GLOBAL MARKETS, INC.,** : <br> : <br> : <br> **Plaintiff** : <br> **v.** : <br> : <br> **CHRISTOPHER M. FEDORIW**, : <br> : <br> **Defendant** : | CIVIL ACTION NO. 1:08-CV-2187 <br><br> (Judge Conner) |

## **ORDER**

AND NOW, this 5th day of December, 2008, upon consideration of plaintiff's motion (Doc. 11) requesting to withdraw its motion (Doc. 2) for a temporary restraining order in the above-captioned case, and for the hearing on the motion to be cancelled, it is hereby ORDERED that plaintiff's motion (Doc. 11) is GRANTED.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge